# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2012

Robert P. Young, Jr.,
Chief Justice

145755

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

THE PEOPLE SHOULD DECIDE,
      Plaintiff-Appellant,

v                                 SC: 145755

BOARD OF STATE CANVASSERS,
DIRECTOR OF ELECTIONS, and
SECRETARY OF STATE,
      Defendants-Appellees.

_____/

On order of the Court, the complaint for mandamus is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting relief on the complaint, we DIRECT the Clerk to schedule oral argument on August 30, 2012, at 2:00 p.m., on whether to grant relief or take other peremptory action. At oral argument the parties shall include among the issues addressed whether the republication requirement of Const 1963, art 12, § 2 and MCL 168.482(3), requiring that petitions set forth any other existing provisions of the constitution that would be altered or abrogated by the proposed amendment, has been satisfied.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2012

_____
Clerk

t0828